AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Meyer et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-cv-00586-RBW |
| Health Management Associates Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Gary D. Newsome                                                                 .

Date:  5/22/2014

/s/ Abid R. Qureshi
*Attorney's signature*

Abid R. Qureshi (DC 459227)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
*Address*

abid.qureshi@lw.com
*E-mail address*

202-637-2200
*Telephone number*

202-637-2201
*FAX number*